# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS V. LEE,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | Case No. 1:12-cv-01112-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>ECF Nos. 5, 11<br><br>RESPONSE DUE WITHIN THIRTY DAYS |

Plaintiff Cornelius V. Lee ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On July 10, 2012, and August 27, 2012, the Court issued an order requiring Plaintiff to respond as to whether he consented to jurisdiction by a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). As of the date of this order, Plaintiff has not responded. The Court may issue an order to show cause when a party fails to respond to a Consent to Assignment or Request for Reassignment form. L.R. App. A(k)(2).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is to show cause within **thirty (30) days** why this action should not be dismissed for failure to obey a court order;

2. The Clerk of the Court is directed to send Plaintiff a third Consent to Assignment or Request for Reassignment form; and

3. If Plaintiff fails to show cause or otherwise timely respond, the Court will dismiss this action

1

1 | without prejudice for failure to obey a court order.

2

3

4 | IT IS SO ORDERED.

5 | Dated:   __November 21, 2012__                    /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE
6

7

8

...

28

2